

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Nicholas Roman IV,

* From the 142nd District
Court of Midland County,
Trial Court No. CV-46,781.

Vs. No. 11-14-00035-CV

* May 8, 2014

Manhattan Petroleum, Inc.;
Manhattan Oil & Gas, Ltd.;
Michael J. Grella; and Element
Petroleum, L.P., f/k/a MPI Energy
Partners, L.P.,

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Nicholas Roman IV's unopposed motion for partial dismissal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed as to Manhattan Petroleum, Inc.; Manhattan Oil & Gas, Ltd.; and Michael J. Grella only. The costs incurred by reason of the dismissed portion of this appeal are taxed against the party incurring same.